UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-60845-Civ-MARRA/SELTZER

L.M.P. on behalf of E.P., D.P.,
and K.P., minors, and
L.M.P. on behalf of all others similarly
situated disabled children

    Plaintiffs,

vs.

SCHOOL BOARD OF BROWARD COUNTY,
FLORIDA, et al.,

    Defendants.
_____/



## ORDER

This Cause is before the Court upon Plaintiff's Motion for Further Enlargement of Time to Respond to Defendant Nova Southeastern' Motion to Dismiss, (DE 106), filed January 25, 2005. The Court has considered the motion and is otherwise advised in the premises. After due consideration of the motion, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Enlargement of Time to Respond to Defendant Nova Southeastern' Motion to Dismiss, **(DE 106), is GRANTED nunc pro tunc**;

2. Plaintiff shall have until and including February 6, 2006, to serve its response to Defendant's Motion.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _10th_ day of February, 2006.

                                             KENNETH A. MARRA
                                             United States District Judge

Copies to: All Counsel of Record

