UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

Case No. 05-60845 CIV-MARRA
Complaint-Class Action

L.M.P., on behalf of,
E.P., D.P., and K.P., minors,
and L.M.P. on behalf of all
other similarly situated disabled
children,

    Plaintiffs,

vs.

THE SCHOOL BOARD OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/
C.C. and P.C. on behalf of A.C.,
a minor, and on behalf of all
other similarly situated disabled children,

    Plaintiffs,

vs.

THE SCHOOL BOARD OF BROWARD COUNTY,
FLORIDA,

    Defendant.
_____/

**PLAINTIFF, L.M.P.'S MOTION TO COMPEL DEFENDANT'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S INTERROGATORY NO. 1 AND REQUEST FOR PRODUCTION  NO. 1 SERVED NOVEMBER 6, 2006, AND INCORPORATED MEMORANDUM OF LAW**

Plaintiff, L.M.P., by and through undersigned counsel, hereby files her Motion to

Compel Defendant's Supplemental Responses to Plaintiff's Interrogatory No. 1 and Request

for Production No. 1 Served November 6, 2006, and Incorporated Memorandum of Law.

1. On November 6 2006, Plaintiff served her Interrogatories and Request for Production to Defendant, The School Board of Broward County ("School Board").

2. In her interrogatory no. 1, Plaintiff asked Defendant to identify all documents in its possession or control which related to E.P., K.P. and D.P. ("the Triplets"). Further, Plaintiff's request for production no. 1 asked that all documents identified and/or relied upon in its response to interrogatory no. 1 be produced.

3. On January 30, 2007, Defendant produced the Triplets' educational records for the school year 2005-2006, and records for the period of December 15, 2006-January 1, 2007.

4. To date, the School Board has failed to supplement its responses to include the Triplets records subsequent to January 1, 2007 as required by Fed. R. Civ. P. 26(e).

## MEMORANDUM OF LAW

### Motion To Compel

### Interrogatory No. 1

Identify all documents in your possession or control which relate to D.P., E.P. and K.P.

**Response:** In addition to documents provided during the period of December 15, 2006-January 1, 2007, see Answer to Request for Production #1.

**ARGUMENT:** It has been more than two years since the School Board initially responded to the Triplets' request for records relating to their education. Federal Rule of Civil Procedure 26(e) requires a defendant to supplement discovery requests. The Triplets have repeatedly requested the School Board to supplement its response. Although the School Board promised to do so, the requested documents have not been timely produced. Accordingly, the Triplets request this Court enter an order compelling

the School Board to produce supplemental records covering January 2, 2007 to the present within ten (10) days.

### Request for Production No. 1

All documents identified and/or relied upon in your response to Plaintiff's Interrogatory No. 1.

**Response:** Defendant produces herewith all documents which are responsive to this request being numbered 1 through 2,233.

**ARGUMENT:** See argument for argument for interrogatory no. 1.

**WHEREFORE**, Plaintiff, L.M.P., respectfully requests this Court enter an order compelling Defendant to supplement its responses, within ten (10) days, to include all records regarding the Triplets not previously provided, and for all other relief the Court deems appropriate.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1 A.3.

Undersigned hereby certifies he has conferred with counsel for the School Board of Broward County, and in a good faith attempted to resolve/narrow the relief sought in this motion, but was unable to do so.

By: __s/David J. Pyper_____
David J. Pyper
Fla. Bar No. 86177
Pyper & Layne, LLC
1792 Bell Tower Lane
Weston, FL 33326
(954) 384-2515
Fax (954) 315-3471
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this **11th** day of March 2009, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and is being served this day via transmission of Notices of Filing generated by the CM/ECF: *Edward J. Marko, Esq*. 600 Southeast Third Avenue, 11th Floor Fort Lauderdale, FL 33301-3125, *Michael T. Burke, Esquire*, Johnson, Anselmo, Murdoch, et al., 2455 East Sunrise Blvd., Suite 1000, Fort Lauderdale, Florida 33304.

Respectfully submitted,

By: __s/David J. Pyper_____
David J. Pyper
Fla. Bar No. 86177
Pyper & Layne, LLC
1792 Bell Tower Lane
Weston, FL 33326
(954) 384-2515
Fax (954) 315-3471
*Attorneys for Plaintiffs*